# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>David Manuel Mendoza,<br><br>   Defendant. | CR 16-00315-TUC-JGZ (JR)<br><br>ORDER |

The District Court has reviewed the Report and Recommendation of the Magistrate Judge [69], and no objections have been filed. Therefore, **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge are adopted as to David Manuel Mendoza (1).

**IT IS FURTHER ORDERED**, a Final Disposition Hearing is set before Judge Jennifer G. Zipps for March 23, 2018 at 9:40 a.m.

Dated this 2nd day of March, 2018.

_____
Honorable Jennifer G. Zipps
United States District Judge